**FILED**

JUN 1 0 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Andrew Gill,                    )
                                )
            Plaintiff,          )
                                )
    v.                          )        Civil Action No.  **09 1070**
                                )
                                )
Rosemary Collyer,               )
                                )
            Defendant.          )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e) (2)(B)(iii).

Plaintiff, a resident of the District of Columbia, sues United States District Judge Rosemary Collyer for dismissing his case filed in this Court. He seeks $20,000 in monetary damages. Judges are absolutely immune from lawsuits predicated on acts taken, as alleged here, in their judicial capacity. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). The complaint therefore will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: June ____, 2009                    _____
                                         United States District Judge